## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **GARY E. WALKER,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION: 1:23-00085-KD-B** |
| ) | |
| **CHRIS MCDOUGH**, *et al.,* ) | |
| Defendants. ) | |

### ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 18) made under 28 U.S.C. § 636(b)(1) and S.D. Ala. GenLR 72(a)(2)(R) and dated January 19, 2024, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Walker's motion to dismiss, construed as a notice of voluntary dismissal, is **GRANTED**, and this action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It is further **ORDERED** that to the extent Walker requests to be relieved of the obligation to pay the filing fee in this case, his request is **DENIED**.

**DONE** and **ORDERED** this the **22nd** day of **February 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**