IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GARY E. WALKER,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION: 1:23-00085-KD-B** |
| | ) | |
| **CHRIS MCDOUGH**, *et al.,* | ) | |
|     **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED,** and **DECREED,** that: 1) Walker's motion to dismiss is **GRANTED** and this action is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i); and 2) Walker's request to be relieved of the obligation to pay the filing fee in this case is **DENIED**.

    **DONE** and **ORDERED** this the **22nd** day of **February 2024.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**